RICHARD G. SOMES, STATE BAR #203957
ASHLEY A. PIDHAJNY, STATE BAR #337180
TYSON & MENDES, LLP
rsomes@tysonmendes.com; apidhajny@tysonmendes.com
TYSON & MENDES, LLP
17901 Von Karman Avenue, Suite 600
Irvine, CA 92614
Telephone: 949.490.4840/Facsimile: 949.267.5261

Attorneys for Defendant, SPROUTS FARMERS MARKETS HOLDINGS, LLC; SF MARKETS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA BELLO,<br><br>   Plaintiff,<br><br>   v.<br><br>SPROUTS FARMERS MARKETS HOLDINGS, LLC; SF MARKETS, LLC; AND DOES 1 TO 50.<br><br>   Defendant. | Case No.: '21CV2150 BEN MDD<br><br>**DEFENDANTS SPROUTS FARMERS MARKETS HOLDINGS, LLC AND SF MARKETS, LLC' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**<br><br>Case Filed: July 14, 2021 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendants SPROUTS FARMERS MARKETS HOLDINGS, LLC and SF MARKETS, LLC ("Defendants") by and through undersigned counsel, hereby remove this action from the Superior Court of the State of California, County of San Diego, to the United States District Court for the Southern District of California pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. In support of such removal, Defendants state the following:

///

///

///

1

**DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)**

# THE STATE COURT ACTION

1. On July 14, 2021, an action was commenced in the Superior Court of the State of California in and for the County of San Diego, entitled Dora Bellow v. Sprouts Farmers Markets Holdings, LLC and SF Markets, LLC (collectively "Defendants") as Case Number 27-2021-0030186-CU-PO-CTL. A copy of the Complaint is attached hereto as Exhibit "1".

2. The first date upon which Defendants first received a copy of said Complaint and Summons was November 30, 2021 from said state court. A copy of the Summons is attached hereto as Exhibit "2".

3. Defendants have not yet filed an answer to the Complaint.

4. The state court matter is currently pending. Trial has not yet been set. Discovery is in its early stages. All process, pleadings, and orders served upon defendant can be found attached as Exhibit "1 though "3," including the following:
   a. Plaintiff's Complaint;
   b. Summons.
   c. Statement of Damages

# REMOVAL OF PLAINTIFF'S CLAIMS IS PROPER ON THE BASIS OF DIVERSITY

## COMPLETE DIVERSITY EXISTS

5. Plaintiff Dora Bello ("Plaintiff") is a citizen of the state of California.

6. Defendants Sprouts Farmers Markets Holdings, LLC and SF Markets, LLC, at the time of the filing of this action, and still are, citizens of the State of Arizona and the State of Delaware. SF MARKETS, LLC is a limited liability company ("LLC") organized under the laws of the State of Delaware. An LLC's citizenship is determined according to the citizenship of its members. See *Johnson v. Columbia Properties Anchorage, LP*, (9th Cir. 2006) 437 F3d 894, 899. Its sole member is Sprouts Farmers Markets Holdings, LLC, which

is also an LLC organized under the laws of the State of Delaware. Where a partnership, LLC, or other business association is a member of another partnership or LLC, citizenship is ascertained by examining the member entity's own members, or "submember[s]." See *V & M Star, LP v. Centimark Corp.*, (6th Cir. 2010) 596 F3d 354, 356. The sole member and owner of Sprouts Farmers Markets Holdings, LLC is Sprouts Farmers Market, Inc., which was and is a corporation incorporated under the laws of the State of Delaware and having its principal place of business in the State of Arizona. Therefore, Defendants are citizens of Delaware and Arizona for the purposes of diversity, thus complete diversity between all plaintiff and defendants exists.

7. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332 and is one which may be removed to this Court by Defendant, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

## AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

8. Plaintiff's lawsuit asserts causes of action against Defendants for premises liability and negligence. (*See* Complaint in case no. 27-2021-0030186-CU-PO-CTL, Superior Court of California, County of San Diego, attached as Exhibit 1.)

9. In brief, Plaintiff alleges that on August 12, 2019, she sustained injuries when she tripped and fell when stepping onto a liquid substance on the floor in Defendants' store located at 9361 Mission Gorge Road, San Diego, California and that Defendants were negligent in their acts and/or omissions. (*See* Complaint in case no. 27-2021-0030186-CU-PO-CTL, Superior Court of California, County of San Diego, at Pages 3-5, First Cause of Action – General Negligence and Second Cause of Action – Premises Liability,

1  attached as Exhibit 1.)

2  10. Plaintiff alleges she sustained hospital and medical expenses, general damage, loss of income, and a loss of future earning capacity. (*See* Complaint in case no. 27-2021-0030186-CU-PO-CTL, Superior Court of California, County of San Diego, at Pages 5 to 5, attached as Exhibit 1.)

11. The Complaint does not state a demand for a specific sum. Moreover, it is not facially apparent from the allegations of the Complaint that the amount in controversy exceeded the $75,000.00 jurisdictional minimum established by 28 U.S.C. §1332(a).

12. However, on November 30, 2021, Plaintiff served with its Summons and Complaint a Statement of Damages totaling **$1,545,000.00** which exceeds the $75,000 jurisdictional minimum. Specifically, Plaintiff identifies $45,000.00 in special damages and $1,500,000.00 in general damages. A copy of the Statement of Damages is attached hereto as Exhibit "3".

**NOTICE OF REMOVAL IS TIMELY**

13. On November 30, 2021, Plaintiff personally served the Summons and Complaint with Plaintiff's Statement of Damages on Defendants at Defendants' Corporate Headquarters. The Statement of Damages identified $1,545,000.00 in total damages, and it was factually apparent from the allegations therein that the amount in controversy exceeded the $75,000.00 jurisdictional minimum.

14. This Notice of Removal, therefore, has been timely filed within 30 days of the date that Plaintiff served her Statement of Damages.  *See* 28 U.S.C. § 1446(b)(3).

**OTHER REQUIREMENTS FOR REMOVAL ARE MET**

15. Removal to this Court is proper as the Superior Court of the State of California, County of San Diego, where the action was originally filed, is located in this district.

16. A copy of all process, pleadings, and orders served upon Defendants in the state court action on November 30, 2021 are attached hereto as Exhibits 1-3.
17. Counsel for Defendants certify it will file a copy of the Notice of Removal with the clerk of the Superior Court of the State of California, County of San Diego and give notice of same to counsel for Plaintiff.
18. In the event this Court has further questions regarding the propriety of this Notice of Removal, Defendants respectfully request that it issue an Order to Show Cause so that Defendants may have an opportunity to more fully brief the basis for removal.

Dated: December 30, 2021         TYSON & MENDES, LLP

By  /s/*Richard G. Somes*
_____
RICHARD G. SOMES, ESQ.
ASHLEY A. PIDHAJNY, ESQ.
TYSON & MENDES, LLP
Telephone: 949.490.4840
Facsimile: 949.267.5261
Email(s): rsomes@tysonmendes.com;
apidhajny@tysonmendes.com
Attorneys for SPROUTS FARMERS MARKETS HOLDINGS, LLC; SF MARKETS, LLC

**DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)**

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action or proceeding. I am employed in and am a resident of Orange County where the mailing occurs; and my business address is Tyson & Mendes, LLP, 17901 Von Karman Avenue, Suite 600, Irvine, CA 92614.

On December 30, 2021, I caused to be served the following document(s):

**DEFENDANTS SPROUTS FARMERS MARKETS HOLDINGS, LLC AND SF MARKETS, LLC' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

on the interested parties in this action by:

__X___   BY MAIL: I further declare that I am readily familiar with the firm's business practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure section 1013(a). I then sealed each envelope and, with postage thereon fully prepaid, placed each for deposit in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

_____   BY PERSONAL SERVICE: I emailed the documents identified above to a courier service, Name of Service, to be delivered by personal service to the parties at the addresses listed below.

_X___   BY ELECTRONIC SERVICE: I emailed the document(s) to the person(s) at the e-mail address(es) listed on the attached service list. Electronic service is due to the Coronavirus (COVID-19) pandemic and in accordance with Temporary Emergency Rule 12 - Electronic Service, requiring that all documents served electronically must be accepted.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 30, 2021, at Irvine, California.

*/s/Marie Victor*

Marie Victor

## SERVICE LIST

Marlon D. Campos, Esq.
LAW OFFICES OF KROGER-DIAMOND & CAMPOS, APC
7220 Avenida Encinas, Suite 203
Carlsbad, CA  92011
Tel: (760) 931-2900 | Fax: (760) 931-2904
Email: marlon@kdcinjurylaw.com

*Attorneys for Plaintiff* DORA BELLO

**DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)
(DIVERSITY)**