# EXHIBIT 1

**Exhibit 1 - Page 8**

PLD-PI-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
MARLON D. CAMPOS, ESQ.
LAW OFFICES OF KROGER-DIAMOND & CAMPOS, APC
7220 AVENIDA ENCINAS, SUITE 203
CARLSBAD, CA 92011
SBN: 299357
TELEPHONE NO: 760-931-2900   FAX NO. (Optional): 760-931-2904
E-MAIL ADDRESS (Optional): marlon@kdcinjurylaw.com
ATTORNEY FOR (Name): PLAINTIFF

**FOR COURT USE ONLY**

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
07/14/2021 at 04:17:45 PM
Clerk of the Superior Court
By Emily Schilawski, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 WEST BROADWAY
MAILING ADDRESS: 330 WEST BROADWAY
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME: CENTRAL DIVISION

PLAINTIFF: DORA BELLO

DEFENDANT: SPROUTS FARMERS MARKETS HOLDINGS, LLC; SF MARKETS, LLC; AND

[X] DOES 1 TO 50

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):

Type (check all that apply):
[ ] MOTOR VEHICLE    [ ] OTHER (specify):
[X] Property Damage  [ ] Wrongful Death
[X] Personal Injury  [X] Other Damages (specify): GENERAL NEGLIGENCE; PREMISES LIABILITY

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded  [ ] does not exceed $10,000
                    [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER:
37-2021-00030186-CU-PO-CTL

1. Plaintiff (name or names): DORA BELLO

   alleges causes of action against defendant (name or names): SPROUTS FARMERS MARKETS HOLDINGS, LLC; SF MARKETS, LLC; AND DOES 1 TO 50
2. This pleading, including attachments and exhibits, consists of the following number of pages: FIVE
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Legal Solutions

Code of Civil Procedure, § 425.12

Exhibit 1 - Page 9

PLD-PI-001

| SHORT TITLE: BELLO v. SPROUTS FARMERS MARKETS HOLDINGS, LLC, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   Is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name):
      SPROUTS FARMERS MARKETS HOLDINGS, LLC
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☒ except defendant (name):
      SF MARKETS, LLC
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1 TO 50 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1 TO 50 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: BELLO v. SPROUTS FARMERS MARKETS HOLDINGS, LLC., et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (*each complaint must have one or more causes of action attached*):
   a. [ ] Motor Vehicle
   b. [X] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [X] Premises Liability
   f. [ ] Other (*specify*):

11. Plaintiff has suffered
   a. [X] wage loss
   b. [X] loss of use of property
   c. [X] hospital and medical expenses
   d. [X] general damage
   e. [X] property damage
   f. [X] loss of earning capacity
   g. [ ] other damage (*specify*):

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages
      (2) [ ] punitive damages
   The amount of damages is (*in cases for personal injury or wrongful death, you must check (1)*):
      (1) [X] according to proof
      (2) [ ] in the amount of: $

15. [X] The paragraphs of this complaint alleged on information and belief are as follows (*specify paragraph numbers*):
   GENERAL NEGLIGENCE - GN 1
   PREMISES LIABILITY - 1,2,5

Date: 7/14/21

MARLON D. CAMPOS, ESQ.
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Page 3 of 3

**Exhibit 1 - Page 11**

PLD-PI-001(2)

| SHORT TITLE: BELLO v. SPROUTS FARMERS MARKETS HOLDINGS, LLC, et al. | CASE NUMBER: |
|---|---|

___FIRST___    CAUSE OF ACTION—General Negligence    Page __4__
(number)

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* DORA BELLO

    alleges that defendant *(name):* SPROUTS FARMERS MARKETS HOLDINGS, LLC; SF MARKETS, LLC; AND

    [X] Does 1 to 50

    was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
    on *(date):* OR ABOUT 8/12/19
    at *(place):* OR NEAR SPROUTS FARMERS MARKET, 9361 MISSION GORGE ROAD, INT HE CITY OF SANTEE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA
    *(description of reasons for liability):*

Defendants, and each of them, carelessly and negligently failed to safely own, operate, maintain, manage, control, supervise employees, and a walkway area near a wood bin in said Sprouts Farmers Market, in that, including, but not limited to, a liquid substance was allowed to be and was on the floor of said walkway area, and created a slippery dangerous condition, and was below the standard of care for safety and maintenance.

As a direct and proximate result of Defendants' negligence, and each of them, Plaintiff suffered personal injuries when she fell due to the said dangerous condition on the floor of the said walkway area.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Legal Solutions Plus

Page 1 of 1
Code of Civil Procedure 425.12

Exhibit 1 - Page 12

PLD-PI-001(4)

| SHORT TITLE: BELLO v. SPROUTS FARMERS MARKETS HOLDINGS, LLC, et al. | CASE NUMBER: |
|---|---|

__SECOND__ CAUSE OF ACTION—Premises Liability     Page 5
(number)

ATTACHMENT TO [x] Complaint  [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name)*: DORA BELLO
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*: or about 8/12/19   plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury)*:

Defendants, and each of them, carelessly and negligently failed to safely own, operate, maintain, manage, control, and supervise a walkway area near a wood bin in said Sprouts Farmers Market, in that, including, but not limited to, a liquid substance was allowed to be and was on the floor of said walkway area, and created a slippery dangerous condition, and was below the standard of care for safety and maintenance.

As a direct and proximate result of Defendants' negligence, and each of them, Plaintiff suffered personal injuries when she fell due to the said dangerous condition on the floor of the said walkway area.

Prem.L-2.  [X] **Count One—Negligence**  The defendants who negligently owned, maintained, managed and operated the described premises were *(names)*:
SPROUTS FARMERS MARKETS HOLDINGS, LLC; SF MARKETS, LLC; AND

[X] Does 1 to 50

Prem.L-3.  [ ] **Count Two—Willful Failure to Warn**  [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names)*:

[ ] Does ____ to ____
Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4.  [ ] **Count Three—Dangerous Condition of Public Property**  The defendants who owned public property on which a dangerous condition existed were *(names)*:

[ ] Does ____ to ____
a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants**  The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:
SPROUTS FARMERS MARKETS HOLDINGS, LLC; SF MARKETS, LLC; AND

[X] Does 1 to 50

b. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [X] as follows *(names)*:
DEFENDANTS, AND EACH OF THEM, CARELESSLY AND NEGLIGENTLY FAILED TO WARN OR GUARD AGAINST THE DANGEROUS CONDITION.